IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA EVANOFF,<br>And THE ESTATE OF DEBBIE SMITH<br><br>Plaintiffs,<br><br>vs.<br><br>KASAI NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:21-cv-00193<br><br>Judge Eli J. Richardson |

**DEFENDANT'S UNOPPOSED MOTION TO APPROVE THE SETTLEMENT WITH PLAINTIFFS**

Defendant Kasai North America, Inc., ("Kasai" or "Defendant") and Plaintiffs Cynthia Evanoff ("Evanoff") and the Estate of Debbie Smith ("Smith") and the 82 other employees who opted-in to the Fair Labor Standards Act ("FLSA") collective action (collectively "Plaintiffs') have settled their FLSA claims per the Joint Stipulation of Settlement and Release attached to the memorandum of law in support of this motion. The settlement requires Defendant pay a total amount of $77,500 in payments to Plaintiffs. Although the Sixth Circuit has not specifically addressed the issue, many judges agree that FLSA settlements should be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted.

**WHEREFORE,** Defendant respectfully asks the Court to grant this motion and approve the settlement as to Plaintiffs. This motion is unopposed. Full analysis is contained within the accompanying memorandum of law, and a proposed order is attached.

Respectfully submitted,

*/s/ Neal Shah*
Mekesha H. Montgomery, No. 25831
FROST BROWN TODD, LLC
150 Third Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5550 (Telephone)
(615) 251-5551 (Facsimile)
mmontgomery@fbtlaw.com

Neal Shah (admitted PHV)
FROST BROWN TODD, LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6800 (Telephone)
(513) 651-6981 (Facsimile)
nshah@fbtlaw.com

*Counsel for Defendant Kasai North America, Inc.*

**CERTIFICATE OF SERVICE**

I, Neal Shah, hereby certify that a true and correct copy of the foregoing Motion has been served via ECF upon the following this 21st day of November, 2022:

Gordon E. Jackson
J. Russ Bryant
Robert E. Turner, IV
Robert E. Morelli, III
JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT
262 German Oak Drive
Memphis, Tennessee 38018
gjackson@jsyc.com
rbryant@jsyc.com
rturner@jsyc.com
rmorelli@jsyc.com
*Attorneys for Plaintiffs and Opt-ins*

*/s/ Neal Shah*
Neal Shah