# Exhibit 1

| NAME | Total Time (H/M/S) | DAMAGES |
|---|---|---|
| Adam Young | 0:53:15 | 7.79 |
| Adrian Brown | 3:34:39 | 56.11 |
| Alberto Rodriguez | 19:41:22 | 362.77 |
| Alvaro Torres | 52:15:23 | 1,084.20 |
| Amber Dauchenbaugh | 1:42:58 | 21.32 |
| Andrea Silvis | 1:50:30 | 22.52 |
| Anna Shepard | 13:58:52 | 208.18 |
| Antionio Hernandez | 3:36:03 | 49.39 |
| April Tanner | | 398.11 |
| Barbara Banks | 27:36:50 | 428.05 |
| Bianca Rodriguez | 11:34:38 | 170.27 |
| Bobbi Stover | 29:12:34 | 605.82 |
| Brenton Hurt | 7:37:57 | 108.34 |
| Brett Haskell | 13:00:29 | 207.48 |
| Brice Godfrey | 2:53:19 | 37.19 |
| Candi Starkey | 2:24:13 | 32.93 |
| Cherlann Sheward | 29:30:28 | 547.62 |
| Chester Snyder | 33:14:00 | 615.91 |
| Cheyenne Newland | 0:46:05 | 6.76 |
| Christie Thornburg | 18:23:29 | 279.47 |
| Cynthia Evanoff | 58:40:20 | 1,214.14 |
| Cynthia Stoutt | 81:31:15 | 1,691.68 |
| Debra Simmons | 31:49:57 | 654.68 |
| Debra Smith | 27:54:01 | 514.72 |
| Demetrio Capellan | 41:48:00 | 860.71 |
| Denda Bails | 37:29 | 6.97 |
| Dylan Trammell | 18:03:49 | 356.86 |
| Ediberto Rodriguez | 4:47:25 | 68.53 |
| Elkin Melgrejo | 12:01:04 | 249.69 |
| Erin Detwiler | 3:05:00 | 50.44 |
| Georgia Johnson | 5:24:19 | 77.03 |
| Gregory Grammer | 8:29:23 | 139.27 |
| Gregory Kincade | 38:10:03 | 596.07 |
| Janice Sayre | 68:29:13 | 1,276.34 |
| Jeanette Bowman | 45:36:15 | 943.03 |
| Joseline Crespo | 5:46:01 | 81.98 |
| Joseph Diaz | 2:39:15 | 35.13 |
| Jr Burlile | 6:20:39 | 398.11 |
| Juan Rodriguez | 3:00:21 | 44.10 |
| Julie Mellini | 29:07:39 | 543.32 |
| Keith Smith | | 398.11 |
| Kelly Gatchell | 42:17:48 | 686.32 |
| Kurtis Kaple | 6:37:51 | 119.06 |
| Leah Plaul | 14:03:32 | 215.08 |
| Lemuel Delvalle | 4:34:55 | 63.80 |
| Lisqira Vasquez | 0:43:17 | 6.32 |
| Liza Hernandez | 44:50:56 | 925.16 |
| Lorena Tello | 43:18:53 | 897.71 |
| Maite Munoz | 19:36:39 | 398.11 |
| Marcus Shepard | 2:12:43 | 37.73 |
| Maria Checo | 41:48:17 | 862.37 |
| Maria Ortiz | 49:16:56 | 872.34 |
| Marilyn Landrum | 18:37:32 | 343.34 |
| Marlene Fleitas | 17:54:42 | 364.66 |
| Melbourne Stoutt | 86:08:28 | 1,789.60 |
| Michelle Bannister | 0:36:30 | 6.05 |
| Misty Stewart | 26:39:08 | 412.87 |
| Nancy Bloomfield | 22:06:00 | 345.13 |
| Nancy Orozco | 3:23:34 | 47.48 |
| Nelson Vidao | 0 | - |
| Olga Greene | 1:47:18 | 29.09 |
| Pamela Cole | 59:15:50 | 1,229.73 |
| Paul Koch | 27:07:40 | 432.04 |
| Pedro Trujillo | 38:43:07 | 798.96 |
| Phyllis Kaple | 83:55:40 | 1,840.95 |
| Roxanna Pinto | 16:31:03 | 339.08 |
| Salley Conley | 8:14:10 | 139.74 |
| Sally Howard | 11:50:46 | 176.30 |
| Sheena Belcher | 0:53:46 | 7.79 |
| Sonia Zamora | 6:58:12 | 116.42 |
| Stacy Morris | 2:06:26 | 34.61 |
| Steve Wagner | 34:21:00 | 711.23 |
| Teresa Goodin | 56:47:08 | 1,174.01 |
| Thomas Cameron | 32:08:01 | 599.58 |
| Tiffany Canterbury | 21:37:43 | 390.43 |
| Tiffany Krouse | 1:43:27 | 21.02 |
| Timothy Clouse | 0:06:43 | 0.95 |
| Wanda Billock | 16:43:54 | 307.26 |
| Zachariah Rife | 3:56:31 | 53.45 |
| Miquel Fleitas | 20.20 | 419.96 |
| Lacey Mitchell | 7.29 | 122.47 |
| | | **32,789.33** |

*Plaintiffs' counsel calculates 0 in damages based on records (Nelson Vidao)